UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Maximus Strahan

    v.

William McNamara, et al

Case No. 22-cv-391-SM-TSM

JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Steven J. McAuliffe dated August 15, 2023; and

2. Order by District Judge Steven J. McAuliffe dated December 7, 2023.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                    By the Court:

                    Daniel J. Lynch
                    Clerk of Court

Date: December 7, 2023

cc:   Richard Maximus Strahan, pro se
       Donald L. Smith, Esq.
       Marrielle B. Van Rossum, Esq.